**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

-vs-    Case # 5:16cr38-001

PATRICIA LYNN SMITH

USM # 25508-017

Defendant's Attorney:
Dustin Scott Stephenson (Retained)
1156 Jenks Avenue
Panama City, Florida  32401

_____

**JUDGMENT IN A CRIMINAL CASE**

The defendant pleaded guilty to counts 1 through 6 of the information on January 13, 2017. Accordingly, IT IS ORDERED that the defendant is adjudged guilty of such counts which involve the following offenses:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 1341, 1344(2) and 1349 | Conspiracy to Commit Mail and/or Bank Fraud | February 1, 2009 | 1 |
| 18 U.S.C. § 1344(2) and 18 U.S.C. § 2 | Bank Fraud and Aiding and Abetting | May 29, 2008 | 2 |
| 18 U.S.C. § 1344(2) and 18 U.S.C. § 2 | Bank Fraud and Aiding and Abetting | June 24, 2008 | 3 |
| 18 U.S.C. § 1344(2) and 18 U.S.C. § 2 | Bank Fraud and Aiding and Abetting | July 24, 2008 | 4 |
| 18 U.S.C. § 1344(2) and 18 U.S.C. § 2 | Bank Fraud and Aiding and Abetting | August 22, 2008 | 5 |
| 18 U.S.C. § 1344(2) and 18 U.S.C. § 2 | Bank Fraud and Aiding and Abetting | September 10, 2008 | 6 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the

defendant must notify the court and United States attorney of material changes in economic circumstances.

        Date of Imposition of Sentence:
        June 15, 2017

        <u>s/Robert L. Hinkle</u>
        United States District Judge
        June 16, 2017

# PROBATION

You are hereby sentenced to probation for a term of 3 years on all counts to run concurrently:

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must cooperate in the collection of DNA as directed by the probation officer. (check if applicable)
4. You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.
5. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
6. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF PROBATION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
2. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
3. You must answer truthfully the questions asked by your probation officer.
4. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
5. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
6. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
7. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
8. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

9.      You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
10.     You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
11.     If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
12.     You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. PROBATION OFFICE USE ONLY**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov.

Defendant's Signature_____    Date _____

## **ADDITIONAL CONDITIONS OF PROBATOIN**

The defendant shall also comply with the following additional conditions of probation:

1. The defendant must not own or possess a firearm, dangerous weapon, or destructive device.

2. The defendant must provide the probation officer all requested financial information, business or personal.

3. The defendant must make payments toward any unpaid assessment and restitution balance in the amount of at least $200.00 per month (or any adjusted amount set by further court order based on the defendant's ability to pay). The payments must begin within 60 days.

4. The defendant must serve six months on home detention, with electronic monitoring. The six-month period will begin at a time set by the probation officer. While on home detention, the defendant must be in the defendant's residence except for absences approved by the probation officer in advance for gainful employment, caretaking for family members, community service, religious services, medical care, education or training, or other similar purposes. The cost of home detention must be paid by the defendant.

5. The defendant must perform at least 160 hours of community service approved by the probation officer. At least eight hours of community service must be performed each month until this requirement has been satisfied.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| ASESSEMENT | JVTA* ASSESSMENT | FINE | RESTITUTION |
|---|---|---|---|
| $600.00 | -0- | -0- | $3,733,877.86 |

The defendant must make restitution to the following payees in the amount listed below in care of the U.S. District Clerk, attn.: Financial Section, 111 N. Adams Street, Tallahassee, Florida, 32301.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Amount of Restitution Ordered | Priority of Percentage |
|---|---|---|---|
| Bank of America | | $875,717.00 | |
| CitiMortgage, Inc. | | $193,000.00 | |
| Fannie Mae | | $143,926.51 | |
| First Horizon Home Loans | | $854,121.35 | |
| Freddie Mac | | $1,031,322.45 | |
| JP Morgan Chase | | $246,190.00 | |
| Wells Fargo Home Mortgage | | $291,818.68 | |
| PMI Mortgage Co. | | $97,781.87 | |

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    The interest requirement is waved for the restitution.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows: immediately.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Case No. 5:16cr38-001